## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 16-09272 ESL |
| WILFREDO BENITEZ GARCIA | * | CHAPTER 13 |
| DEBTOR | * | |

### NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
### AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **WILFREDO BENITEZ GARCIA,** debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The debtor is hereby submitting an amended Chapter 13 Plan, dated May 10, 2017, herewith and attached to this motion.

2. The Plan is amended to provide for the "surrender" of collateral ($190.00 in shares and deposits) to GuraCoop (POC #01) in order to cure the objection raised by the Trustee in the *Trustee's Objection to Proposed Plan Confirmation Under Section 1325* docket entry no. 11, in the above captioned case.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent regular mail to the debtors and to all creditors and parties in interest appearing on the master address list, hereby attached.

### NOTICE

**You are notified that within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2 –
Notice of Amended Chapter 13 Plan
Case no. 16-09272 ESL13

      RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 10th day of May, 2017.

/s/Roberto Figueroa Carrasquillo
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR PETITIONER/DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                             Case No. **3:16-bk-9272**

**BENITEZ GARCIA, WILFREDO**                        Chapter **13**
                        Debtor(s)

### CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| PLAN DATED: _____ ☐ PRE ☐ POST-CONFIRMATION | ☑ AMENDED PLAN DATED: **5/10/2017** Filed by: ☑ Debtor ☐ Trustee ☐ Other |
|---|---|
| **I. PAYMENT PLAN SCHEDULE** | **II. DISBURSEMENT SCHEDULE** |
| $ **100.00** x **36** = $ **3,600.00**<br>$ ____ x ____ = $ ____<br>$ ____ x ____ = $ ____<br>$ ____ x ____ = $ ____<br>$ ____ x ____ = $ ____<br><br>TOTAL: $ **3,600.00**<br><br>Additional Payments:<br>$ ____ to be paid as a LUMP SUM within ____ with proceeds to come from:<br><br>☐ Sale of Property identified as follows:<br>_____<br>_____<br><br>☐ Other:<br>_____<br>_____<br><br>Periodic Payments to be made other than, and in addition to the above:<br>$ ____ x ____ = $ ____<br><br>PROPOSED BASE: $ **3,600.00** | A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____<br>B. SECURED CLAIMS:<br>☐ Debtor represents no secured claims.<br>☑ Creditors having secured claims will retain their liens and shall be paid as follows:<br>1. ☐ Trustee pays secured ARREARS:<br>Cr. ____ Cr. ____ Cr. ____<br># ____ # ____ # ____<br>$ ____ $ ____ $ ____<br>2. ☑ Trustee pays IN FULL Secured Claims:<br>Cr. **LA FAMILIA** Cr. ____ Cr. ____<br># **6822** # ____ # ____<br>$ **800.00** $ ____ $ ____<br>3. ☐ Trustee pays VALUE OF COLLATERAL:<br>Cr. ____ Cr. ____ Cr. ____<br># ____ # ____ # ____<br>$ ____ $ ____ $ ____<br>4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:<br>**Gura Coop**<br>5. ☐ Other: ____<br>6. ☐ Debtor otherwise maintains regular payments directly to: ____<br>C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)<br>D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims. |
| **III. ATTORNEY'S FEES**<br>(Treated as § 507 Priorities)<br><br>Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,068.00** | 1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____<br>☐ Paid 100% / ☐ Other: ____<br>Cr. ____ Cr. ____ Cr. ____<br># ____ # ____ # ____<br>$ ____ $ ____ $ ____<br>2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| Signed: **/s/ WILFREDO BENITEZ GARCIA**<br>        Debtor<br><br><br>        Joint Debtor | OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)* |

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**        Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 16-09272-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Wed May 10 16:10:50 AST 2017 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Ccb/gordons<br>PO Box 182120<br>Columbus, OH 43218-2120 |
| Departamento de Educacion<br>PO Box 190759<br>San Juan, PR 00919-0759 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Fst Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Gura Coop<br>PO Box 678<br>Gurabo, PR 00778-0678 | LA FAMILIA<br>URB PARADIS 9 LOPEZ FLORES ST.<br>CAGUAS, PR 00725 | La Familia<br>M26 Urb Condado Moderno<br>Ave Rafael Cordero<br>Caguas PR 00725 |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 | Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Syncb/Jc Penney Pr<br>PO Box 965007<br>Orlando, FL 32896-5007 |
| Webbank/fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | WILFREDO BENITEZ GARCIA<br>PARCELAS NUEVAS 394 CALLE 33<br>GURABO, PR 00778-2930 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     0<br>Total                  16 |